| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF TEXAS<br>SAN ANTONIO DIVISION | **FILED**<br>June 14, 2023<br>CLERK, U.S. DISTRICT COURT<br>WESTERN DISTRICT OF TEXAS<br>BY: _____NM_____<br>          DEPUTY |

JOHN LINTHICUM,

      Plaintiff,

v.

BEXAR COUNTY DETENTION,
UNIVERSITY HEALTH CARE
DETENTION SERVICES,

      Defendants.

CIVIL NO. SA:23-CV-00007-OLG

# ORDER

Before the Court is United States Magistrate Judge Richard B. Farrer's Report and Recommendation (R&R), which recommends that this case be dismissed for failure to state a non-frivolous claim pursuant to 28 U.S.C. § 1915(e) and for failure to prosecute or comply with a court order pursuant to Federal Rule of Civil Procedure 41(b). (Dkt. No. 8.) Plaintiff was served with a copy of the R&R, *see* Dkt. No. 9, and the time to object has passed.[1] The Court has thus reviewed the R&R to determine whether it is clearly erroneous or contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). It is not. Accordingly, the Court concludes that the R&R should be accepted.

---

[1] A party desiring to object to a magistrate judge's findings and recommendations must file and serve written objections within fourteen days after being served with the recommendations. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2). Service is made to the last-known address of the party, and service by mail is complete upon mailing. Fed. R. Civ. P. 5(b)(2)(C).

It is therefore **ORDERED** that Magistrate Judge Farrer's Report and Recommendation (Dkt. No. 8) is **ACCEPTED**. It is further **ORDERED** that Plaintiff's claims are **DISMISSED**.

This case is **CLOSED**.

It is so **ORDERED**.

**SIGNED** this __14th__ day of June, 2023.

_____
ORLANDO L. GARCIA
United States District Judge